UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mj-0060-SMM

**IN RE SEALED COMPLAINT**

_____/

## ORDER TO UNSEAL COMPLAINT

This cause came before this Court on the government's Motion to Unseal. The Court being fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the government's motion is hereby granted and the Clerk of the Court shall unseal the *Complaint* in this case.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___30th___ day of August, 2021.

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE